IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**UNITED STATES OF AMERICA**

v.     CRIMINAL ACTION NO. 1:02-00241-01

**CARLOS DEAN SCOTT**

### MEMORANDUM OPINION AND ORDER

Defendant has filed a motion(s) for a reduction in sentence under the First Step Act and counsel has filed several memoranda addressing defendant's eligibility for a reduced sentence under the First Step Act. (ECF Nos. 602, 603, 610, 613, and 614). Counsel for defendant argues that defendant is eligible for a reduction. In addition, the United States Probation Office has prepared a memorandum addressing defendant's eligibility. The United States is hereby **ORDERED** to file a response to these filings no later than June 3, 2020.

The court **DIRECTS** the Clerk to send a copy of this Order to the Federal Public Defender, the United States Attorney, and the United States Probation Office.

**IT IS SO ORDERED** this 26th of May, 2020.

ENTER:

David A. Faber
Senior United States District Judge