```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 1:02-00241-01

CARLOS DEAN SCOTT

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion requesting early release from his term of supervised release. (ECF No. 620). The court has considered defendant's background and his performance while on supervised release. The court has also consulted the United States Probation Office. The court is of the opinion that this is an appropriate case for early termination of supervised release.

Based on the foregoing, defendant's motion is **GRANTED**. It is therefore **ORDERED** that defendant be released from his term of supervised release effective immediately.

The Clerk is directed to send a copy of this Order to counsel of record, the Probation Office of this court, and to Mr. Scott.

**IT IS SO ORDERED** this 9th day of October, 2024.

ENTER:

David A. Faber
Senior United States District Judge